IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                    NO. 4:02CR00101-01 GH

KEITH L. DANIELS

## ORDER

Defendant appeared with counsel before this court on May 2, 2006 to show cause why his supervised release should not be revoked.    The court denies the motion to revoke but modifies defendant's conditions of supervised release.  Supervised release is extended for an additional 12 months with the first month, beginning May 10, 2006, placement in a residential substance abuse treatment facility and the following three months in a chemical free living facility.  At the end of the three months in the chemical free living facility, the U. S. Probation Office will consult with defendant's  counselors to determine if he is ready to leave the facility.

Other conditions of the defendant's supervised release will be mental health counseling, drug and/or alcohol treatment, and any condition contained in the December 8, 2003 Judgment in a Criminal Case.

Defendant will call his probation officer each day by 9:00 a.m. until he reports to the residential treatment facility.

A status hearing will be held on June 14, 2006 at 1:00 p.m. in Pine Bluff.

IT IS SO ORDERED this 4th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE