IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                              NO. 4:02CR00101-01 GH

KEITH DANIELS

## **ORDER**

     Defendant appeared with counsel on July 14, 2006 for a status hearing on the government's motion to revoke supervised release. After a report from the probation officer and statements from counsel, the court continues the hearing until August 31, 2006 at 1:00 to allow the defendant to show that he can comply with the conditions of his release.

     IT IS SO ORDERED this 18th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE